United States Courts
Southern District of Texas
FILED
June 23, 2021
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs. | § | CRIMINAL NO. |
| **TAMAR DEANDRE WISNER** | § | **H 21 349** |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### GENERAL ALLEGATIONS

1. On or about February 18, 2020, the Defendant, **TAMAR DEANDRE WISNER**, a citizen of the United States, was a Department of Defense contract employee working for Vectrus Systems Corporation as part of a United States Navy Contract outside the United States, employed by, and accompanying, the Armed Forces of the United States, as defined in 18 U.S.C. §§ 3267(1) and (2), that is:

   a. The Defendant was a contractor employed by Vectrus Systems Corporation as part of a United States Navy Contract working at NAVSTA Guantanamo Bay, Cuba;

   b. The Defendant's spouse worked for a Defense Department contractor employed at Joint Task Force – Guantanamo Bay, Cuba, thereby making him her dependent;

   c. The Defendant was present and residing outside the United States, in Cuba, in connection with such employment,

   d. The Defendant is not a national of or ordinarily a resident in Cuba; and

1

e. The conduct described in this complaint occurred at NAVSTA Guantanamo Bay, Cuba.

2. The conduct described herein constitutes an offense which would be punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.

## COUNT ONE
### (Assault with a Dangerous Weapon)

1. The General Allegations set forth in Paragraphs One and Two of the General Allegations section of this Indictment are realleged and expressly incorporated herein as if set out in full.

2. On or about February 18, 2020, at NAVSTA Guantanamo Bay, Cuba, the Defendant,

**TAMAR DEANDRE WISNER**

did assault Minor 1, whose identity is known to the Grand Jury, with a dangerous weapon, that is, an electrical cord, with intent to do bodily harm.

**In violation of Title 18, United States Code, Sections 113(a)(3) and 3261(a).**

A True Bill:

**Original Signature on File**
_____
Grand Jury Foreperson

STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section
United States Department of Justice
Criminal Division

_____
RALPH A. PARADISO